1  BARRY J. PORTMAN
   Federal Public Defender
2  MANUEL U. ARAUJO
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant MONTALVO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 08-70321-RS |
| ) | |
| Plaintiff, ) | **STIPULATION TO PERMIT ALFONSO** |
| v. ) | **MONTALVO TO TRAVEL TO SANTA** |
| ) | **MARIA, CALIFORNIA ON JUNE 6, 2008** |
| ALFONSO MONTALVO, ) | **AND RETURN ON OR BEFORE JUNE 9,** |
| ) | **2008** |
| Defendant. ) | |
| ) | |

### STIPULATION

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the Order Setting the Conditions of Release issued by the Court be modified to permit Alfonso Montalvo to travel to Santa Maria, California from June 6, 2008 and return to the Northern District of California on or before June 9, 2008.  The purpose of the trip is to attend the High School graduation of his nephews who live and go to high School in Santa Maria, California.

Defense counsel on June 3, 2008, conferred with Pretrial Services Officer, Jaime Carranza, and he has no objections to the request.

STIPULATION TO PERMIT TRAVEL
No. 08-70321-RS                             1

1  Dated: June 3, 2008

2                                        _____/s/_____
                                         MANUEL U. ARAUJO
3                                        Assistant Federal Public Defender

4  Dated: June 3, 2008

5                                        _____/s/_____
                                         SUSAN KNIGHT,
6                                        Assistant United States Attorney

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION TO PERMIT TRAVEL
No. 08-70321-RS                          2