1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6      150 Almaden Blvd., Suite 900
       San Jose, California 95113
7      Telephone: (408) 535-5056
       FAX: (408) 535-5066
8      Susan.Knight@usdoj.gov

   Attorneys for Plaintiff
9
10                    UNITED STATES DISTRICT COURT
11                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,        )   No. 08-70321 PVT
                                    )
14          Plaintiff,              )
                                    )   STIPULATION AND [PROPOSED]
15     v.                           )   ORDER EXCLUDING TIME UNDER
                                    )   RULE 5 AND THE SPEEDY TRIAL ACT
16 ALFONSO MONTALVO,                )
   a/k/a/ Jose Portillo,            )
17                                  )
            Defendant.              )   SAN JOSE VENUE
18                                  )
                                    )
19

20
21     On June 19, 2008, the undersigned parties appeared before the Court for a preliminary
22 hearing and arraignment. Assistant Federal Public Defender Manuel Araujo served as counsel for
23 the defendant. The parties then requested that the arraignment be rescheduled for July 24, 2008
24 at 9:30 a.m. in order to afford Mr. Araujo an opportunity to review the discovery in the case,
25 consult with the defendant, and consider a possible disposition. The defendant, through Mr.
26 Araujo, agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the
27 Speedy Trial Act from June 19, 2008 to July 24, 2008. The parties agree and stipulate that an
28 exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER.
NO. 08-70231 PVT                         1

Case 5:08-cr-00496-PVT    Document 9    Filed 06/24/2008    Page 2 of 4

1  counsel.

2  SO STIPULATED:    JOSEPH P. RUSSONIELLO
3                    United States Attorney

4  DATED: 6/19/08    /s/
5                    SUSAN KNIGHT
                     Assistant United States Attorney
6
7  DATED: 6/19/08    /s/
                     MANUEL ARAUJO
                     Counsel for Mr. Montalvo
8

9      Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
10 continued to July 24, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper
11 under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
12     For good cause shown, the Court FURTHER ORDERS that time be excluded under the
13 Speedy Trial Act from June 19, 2008 through July 24, 2008. The Court finds, based on the
14 aforementioned reasons, that the ends of justice served by granting the requested continuance
15 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
16 the requested continuance would deny defense counsel reasonable time necessary for effective
17 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
18 of justice. The Court therefore concludes that this exclusion of time should be made under 18
19 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
20 SO ORDERED.
21
22 DATED: _____
23                    RICHARD SEEBORG
                     United States Magistrate Judge
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 08-70231 PVT                    2

Case 5:08-cr-00496-PVT    Document 9    Filed 06/24/2008    Page 4 of 4