1 JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

2

3 BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

4 SUSAN KNIGHT (CSBN 209013)
Assistant United States Attorney

5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
Attorneys for Plaintiff

F-FILED

JUN 24 2008

CLERK
NORTHERN DISTRICT OF COURT
SAN JOSE, CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. 08-70321 PVT |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] *es* |
| v. | ) | ORDER EXCLUDING TIME UNDER |
| | ) | RULE 5 AND THE SPEEDY TRIAL ACT |
| ALFONSO MONTALVO, | ) | |
| a/k/a/ Jose Portillo | ) | |
| Defendant. | ) | SAN JOSE VENUE |
| | ) | |

On June 19, 2008, the undersigned parties appeared before the Court for a preliminary hearing and arraignment. Assistant Federal Public Defender Manuel Araujo served as counsel for the defendant. The parties then requested that the arraignment be rescheduled for July 24, 2008 at 9:30 am in order to afford Mr. Araujo an opportunity to review the discovery in the case, consult with the defendant, and consider a possible disposition. The defendant, through Mr. Araujo, agreed to waive time under Rule 5 of the Federal Rules of Criminal Procedure and the Speedy Trial Act from June 19, 2008 to July 24, 2008. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of

STIPULATION AND [PROPOSED] ORDER
NO. 08-70231 PVT                                    1

```
06/23/2008 11:30 FAX 408 291 7399       FEDERAL PUBLIC DEFENDER  → US ATTY A        ☒009
                                   US ATTORNEY OFFICE    Fax        Jun 19 2008 01:25pm  P005/005
```

1  counsel.

2  SO STIPULATED:                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
3

4  DATED: 6/19/08                                      /s/
                                             ─────────────────────────────
5                                            SUSAN KNIGHT
                                             Assistant United States Attorney

6
   DATED: 6/19/08                                      /s/
7                                            ─────────────────────────────
                                             MANUEL ARAUJO
                                             Counsel for Mr. Montalvo
8

9       Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is

10  continued to July 24, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper

11  under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

12      For good cause shown, the Court FURTHER ORDERS that time be excluded under the

13  Speedy Trial Act from June 19, 2008 through July 24, 2008. The Court finds, based on the

14  aforementioned reasons, that the ends of justice served by granting the requested continuance

15  outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant

16  the requested continuance would deny defense counsel reasonable time necessary for effective

17  preparation, taking into account the exercise of due diligence, and would result in a miscarriage

18  of justice. The Court therefore concludes that this exclusion of time should be made under 18

19  U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

20  SO ORDERED.

21

22  DATED: 6/24/08                           ─────────────────────────────
                                             RICHARD SEEBORG
23                                           United States Magistrate Judge

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
NO. 08-70231 PVT                             2