JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

E-FILING

FILED

2008 JUL 28 P 3: 46

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08 00496-MAG |
| Plaintiff, ) | VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) |
| v. ) | |
| ALFONSO MONTALVO, ) a/k/a Jose Portillo, ) | |
| Defendant. ) | SAN JOSE VENUE |

INFORMATION

The United States Attorney charges:

On or about October 2, 2007, in the Northern District of California, the defendant,

ALFONSO MONTALVO,

a/k/a Jose Portillo,

knowingly possessed an identification document and authentication feature, that was or appeared to be an identification document and authentication feature of the United States, to wit: an American birth certificate bearing the name of Jesus Portillo and the place of birth of Los Angeles, California, knowing that such document or feature was produced without such

INFORMATION

1 | authority, in violation of Title 18, United States Code, Section 1028(a)(6), a Class A
2 | Misdemeanor.

4 | DATED: *July 25, 2008*

JOSEPH P. RUSSONIELLO
United States Attorney

DAVID R. CALLAWAY
Deputy Chief, San Jose Branch Office

(Approved as to form: *Aditya Nagarajan*)
ADITYA NAGARAJAN
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location:** NORTHERN DISTRICT OF CALIFORNIA

*FILED*

### OFFENSE CHARGED

COUNT ONE: Title 18 United States Code, Section 1028(a)(6) - Unauthorized Possession of an Authentication Feature of the United States (Class A Misdemeanor)

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

*E-FILING*

**PENALTY:**
1 year imprisonment
$100,000 fine
1 year supervised release
$25.00 special assessment

**DEFENDANT - U.S.**

2008 JUL 28 P 2:46

ALFONSO MONTALVO
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

**DISTRICT COURT NUMBER**

CR-08 00496-MAG

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

S/A JEFFREY DUBSICK -- DSS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): SUSAN KNIGHT

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☑ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT  Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: August 14, 2008 / 9:30

Before Judge: Magistrate Judge Trumbull

Comments: