1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
6  150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,      )  No. 08-00773
                                  )
14         Plaintiff,              )
                                  )  STIPULATION AND [PROPOSED]
15         v.                      )  ORDER EXCLUDING TIME UNDER
                                  )  RULE 5 AND THE SPEEDY TRIAL ACT
16 ALFONSO MONTALVO,              )
   a/k/a/ Jose Portillo            )
17                                )
           Defendant.              )  SAN JOSE VENUE
18                                )
                                  )
19

20
21     The undersigned parties respectfully request that the arraignment scheduled for July 25, 2008
22 at 11:00 a.m. be continued to August 8, 2008 at 11:00 a.m. before Magistrate Judge Trumbull.
23 The reasons for the continuance is that the parties have reached a resolution to the case,
24 specifically, that the defendant will enter a guilty plea to a violation of 18 U.S.C. § 1028(a)(6),
25 possession of a false identity document. The government needs additional time to obtain
26 supervisory approval of the resolution, and defense counsel Manuel Araujo needs time to review
27 a plea agreement with the defendant. Therefore, the parties request a brief continuance to August
28 8, 2008. In addition, the parties agree and stipulate that a waiver of time under Rule 5 of the

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT                    1

1 Federal Rules of Criminal Procedure and the Speedy Trial Act from July 25, 2008 to August 8,
2 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate
3 based on the defendant's need for effective preparation of counsel.
4 SO STIPULATED: JOSEPH P. RUSSONIELLO
United States Attorney
5
6 DATED: 7/23/08 /s/
SUSAN KNIGHT
7 Assistant United States Attorney
8 DATED: 7/23/08 /s/
9 MANUEL ARAUJO
Counsel for Mr. Olivares-Morales
10
11 Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is
12 continued to August 8, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper
13 under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.
14 For good cause shown, the Court FURTHER ORDERS that time be excluded under the
15 Speedy Trial Act from July 25, 2008 to August 8, 2008. The Court finds, based on the
16 aforementioned reasons, that the ends of justice served by granting the requested continuance
17 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
18 the requested continuance would deny defense counsel reasonable time necessary for effective
19 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
20 of justice. The Court therefore concludes that this exclusion of time should be made under 18
21 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
22 SO ORDERED.
23
24 DATED: _____
HOWARD R. LLOYD
25 United States Magistrate Judge
26
27
28

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT            2