JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

**FILED**

2008 AUG -5 P 3: 36

E-FILING

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALFONSO MONTALVO, ) <br> ) <br> Defendant. ) <br> _____ ) | No. CR 08-00496 PVT <br><br> VIOLATION: Title 18, United States Code, Section 1028(a)(6) – Possession of a False or Stolen United States Identification Document (Class A Misdemeanor) <br><br> SAN JOSE VENUE |

### SUPERSEDING INFORMATION

The United States Attorney charges:

On or about January 2, 2008, in the Northern District of California, the defendant,

ALFONSO MONTALVO,

knowingly possessed an authentication feature that was or appeared to be an authentication feature of the United States, to wit: a Social Security number ending in 2861, which was

//
//
//
//

SUPERSEDING INFORMATION

1 | stolen, knowing that such feature was stolen, in violation of Title 18, United States Code, Section
2 | 1028(a)(6), a Class A misdemeanor.

DATED: 8/5/08

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/_
MATTHEW A. PARRELLA
Chief, San Jose Branch Office

(Approved as to form: _/s/_ )
ADITYA NAGARAJAN
Law Clerk

INFORMATION

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☑ SUPERSEDING

--- OFFENSE CHARGED ---

18 U.S.C. § 1028(A)(6) - Possession of a False or Stolen Identification Document

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

PENALTY:
1 year imprisonment, $100,000 fine, 1 year supervised release, $25 special assessement

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

--- DEFENDANT - U.S. ---

▶ Alfonso Montalvo

DISTRICT COURT NUMBER
CR 08-00496 PVT

FILED
2008 AUG -5 P 3:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

--- PROCEEDING ---

Name of Complaintant Agency, or Person (&Title, if any)
Diplomatic Security Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70321

Name and Office of Person Furnishing Information on THIS FORM
JOSEPH P. RUSSONIELLO
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) Susan Knight

--- DEFENDANT ---

IS *NOT* IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)
NDCA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed Month/Day/Year

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS ☑ NO PROCESS* ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments: