Case 5:08-cr-00496-PVT   Document 15   Filed 08/06/2008   Page 1 of 2
07/25/2008 11:Case 5:08-cr-00496-MAG   Document 13   Filed 08/01/2008   Page 1 of 2  ☑002
US ATTORNEY OFFICE      Fax        Jul 25 2008 09:28am P002/003

1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
     150 Almaden Blvd., Suite 900
6    San Jose, California 95113
     Telephone: (408) 535-5056
7    FAX: (408) 535-5066
     Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
              UNITED STATES DISTRICT COURT
10
              NORTHERN DISTRICT OF CALIFORNIA
11
              SAN JOSE DIVISION
12



RECEIVED
AUG       E-FILED

FILED
AUG - 6 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

13  UNITED STATES OF AMERICA,         )   No. CR 08-00496 HRL
14        Plaintiff,                  )
                                      )   STIPULATION AND [PROPOSED]
15        v.                          )   ORDER EXCLUDING TIME UNDER
                                      )   RULE 5 AND THE SPEEDY TRIAL ACT
16  ALFONSO MONTALVO,                 )
       a/k/a/ Jose Portillo           )
17                                    )
          Defendant.                  )   SAN JOSE VENUE
18                                    )
                                      )
19  _____

20

21      The undersigned parties respectfully request that the arraignment scheduled for July 25, 2008
22  at 11:00 a.m. be continued to August 8, 2008 at 11:00 a.m. before Magistrate Judge Trumbull.
23  The reasons for the continuance is that the parties have reached a resolution to the case,
24  specifically, that the defendant will enter a guilty plea to a violation of 18 U.S.C. § 1028(a)(6),
25  possession of a false identity document. The government needs additional time to obtain
26  supervisory approval of the resolution, and defense counsel Manuel Araujo needs time to review
27  a plea agreement with the defendant. Therefore, the parties request a brief continuance to August
28  8, 2008. In addition, the parties agree and stipulate that a waiver of time under Rule 5 of the

STIPULATION AND [PROPOSED] ORDER
NO. 08-70270 PVT                            1

Case 5:08-cr-00496-PVT    Document 15    Filed 08/06/2008    Page 2 of 2
07/25/2008 11:... Case 5:08-cr-00496-MAG    FEDERAL PUBLIC DEFENDER    08/01/2008    Page 2 of 3
US ATTORNEY OFFICE    Fax    Jul 25 2008 09:28am P003/003

|   |   |   |
|---|---|---|
| 1 | Federal Rules of Criminal Procedure and the Speedy Trial Act from July 25, 2008 to August 8, | |
| 2 | 2008 is appropriate. The parties agree and stipulate that an exclusion of time is appropriate | |
| 3 | based on the defendant's need for effective preparation of counsel. | |

SO STIPULATED:    JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 7/23/08

/s/
SUSAN KNIGHT
Assistant United States Attorney

DATED: 7/23/08

/s/
MANUEL ARAUJO
Counsel for Mr. Olivares-Morales

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to August 8, 2008 at 9:30 a.m. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from July 25, 2008 to August 8, 2008. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/1/08

HOWARD R. LLOYD
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. 08-70270 PVT                                2